IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SHAH MAHMOOD SELAB,

      Petitioner,

v.                                                                    No. 2:24-cv-1271 KG/KRS
                                                                     No. 2:22-cr-2019 KG/KRS

UNITED STATES OF AMERICA,

      Respondent.


ORDER TO ANSWER

      This matter is before the Court on Petitioner Shah Mahmood Selab's Motion to Vacate, Set Aside or Correct Sentence Under 28 U.S.C. § 2255 (CV Doc. 1; CR Doc. 57) (Section 2255 Motion). Petitioner challenges his federal conviction based on claims of ineffective assistance of counsel. Petitioner has also filed the following motions: (1) Motion Seeking to Hold 2255 Proceedings in Abeyance to Allow Time for Movant to Seek the Government's Case File (Doc. 2); (2) Motion Seeking Authorization for Private Investigator to Receive the Government's Case File (Doc. 3); (3) Motion for Leave to File Investigator Affidavit (Doc. 6); and (4) Motion Seeking Expedited Proceedings (Doc. 7).

      Having reviewed the Section 2255 Motion pursuant to Habeas Corpus Rule 4, the Court determines the claims must be resolved on a full record. The Court will order the United States to respond to the Section 2255 Motion within 60 days of entry of this Order. The Answer should address Petitioner's motions regarding disclosure of the government's case file (Docs. 3 and 6). The Court denies without prejudice Petitioner's Motion Seeking to Hold 2255 Proceedings in Abeyance (Doc. 2) and Motion Seeking Expedited Proceedings (Doc. 7). The

Court will rule on the Section 2255 Motion and address the issue of disclosure of the government's case file after reviewing the parties' briefing.

IT IS THEREFORE ORDERED that:

1. The United States shall ANSWER the Section 2255 Motion within sixty (60) days of entry of this Order;

2. The United States' answer shall address Petitioner's Motion Seeking Authorization for Private Investigator to Receive the Government's Case File (Doc. 3) and Motion for Leave to File Investigator Affidavit (Doc. 6);

3. Petitioner may file an optional reply within thirty (30) days after the answer is filed;

4. Petitioner's Motion Seeking to Hold 2255 Proceedings in Abeyance to Allow Time for Movant to Seek the Government's Case File (Doc. 2) and Motion Seeking Expedited Proceedings (Doc. 7) are DENIED without prejudice.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.